# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

| | |
|---|---|
| In Re: | Case No. 1:22-bk-00437 |
| Debra Ann Miller | Chapter 13 |
| Debtor. | Judge David L. Bissett |

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

      Please take notice that Molly Slutsky Simons, as authorized agent for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

Molly Slutsky Simons
Authorized Agent for U.S. Bank Trust National Association, as Trustee of Cabana Series V Trust
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: October 26, 2022

/s/ Molly Slutsky Simons
Molly Slutsky Simons
Attorney for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

## CERTIFICATE OF SERVICE

I certify that on October 26, 2022, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    D. Conrad Gall, Debtor's Counsel
    Dcgall4@frontier.com

    Ryan Winquist Johnson, Chapter 13 Trustee
    rwjohnson@wvtrustee.org

    Office of the United States Trustee
    Ustpregion04.ct.ecf@usdoj.gov

I further certify that on October 26, 2022, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Debra Ann Miller, Debtor
    499 Hampton Road
    Fairmont, WV 26554

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons Attorney for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com